ROOSEVELT HOSPITAL, Respondent, *v.* NEW YORK EL. R. CO. *et al.,* Appellants.

(*Supreme Court, General Term, First Department.* May 13, 1892.)

Appeal from special term, New York county.

Action by the Roosevelt Hospital against the New York Elevated Railroad Company and the Manhattan Railway Company to enjoin defendants from maintaining or using an elevated railroad structure in front of or adjacent to plaintiff's premises, No. 243 Bowery, in the city of New York, and to require them to remove the same, until they shall have made proper and adequate compensation for the property and interests in the street on which plaintiff's premises abut, and in which defendant's structure is erected, and for the easements

appurtenant to said premises. From a judgment for plaintiff, defendants appeal. Affirmed.

Argued before VAN BRUNT, P. J., and O'BRIEN and ANDREWS, JJ.

*J. C. Thomson,* for appellants. *Geo. Zabriskie,* for respondent.

VAN BRUNT, P. J. Upon an examination of the questions raised upon this appeal, we do not see any that have not been disposed of by this court adversely to the appellants. The case of *Peyton* v. *Railway Co.,* (Sup.) 17 N. Y. Supp. 244, relied upon by the counsel for the appellants, is clearly distinguishable from the case at bar. The judgment should be affirmed, with costs.